
FILED
CLERK, U.S. DISTRICT COURT
July 8, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LOURDES GONZALEZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01287-SB (MAAx)<br>[*Los Angeles Superior Court Case No. 18STCV09606*]<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>[*Re-assigned to Hon. Stanley Blumenfeld, Jr., Maria A. Audero, Magistrate Judge*] |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff, LOURDES GONZALEZ is hereby dismissed in its entirety, with prejudice.

Dated: July 8, 2021.    By: 
HON. STANLEY BLUMENFELD, JR.
U.S. DISTRICT COURT JUDGE